[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————

No. 23-13206

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

RODREAKAS DESHAY SMITH, JR.,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:22-cr-00161-PGB-DCI-2

————————————

2                        Opinion of the Court                    23-13206

Before BRANCH, LAGOA, and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Read*, 118 F.4th 1317, 1319 (11th Cir. 2024) (granting the government's motion to dismiss based on valid appeal waiver where defendant argued the district court erred by including conditions in the written judgment that were referenced at sentencing only as "standard conditions" of supervised release); *United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (holding sentence appeal waiver will be enforced if it was made knowingly and voluntarily).